**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SHELTER FOREST INTERNATIONAL ACQUISITION, INC., | |
| Plaintiff, | |
| GREATRIVER WOOD CO., LTD., ET AL., | |
| Consolidated Plaintiffs, | Court Nos. 23-00144<br>23-00159<br>23-00162 |
| v. | |
| UNITED STATES, | |
| Defendant, and | |
| COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD | |
| Defendant-Intervenor. | |

**STIPULATION OF DISMISSAL**

Please take notice that consolidated plaintiffs—Boise Cascade Building Materials Distribution LLC; Cabinetworks Group, Inc. f/k/a ACProducts, Inc.; ACPI Wood Products, LLC; Cabinetworks Group Middlefield, LLC; and Cabinetworks Group Michigan, LLC—pursuant to Rule 41(a)(1)(A)(ii) of the United States Court of International Trade, by filing this stipulation of dismissal signed by all parties who have appeared in this action, hereby dismiss their consolidated claims. This stipulation is not meant to impact the claims of any other party in this action.

Respectfully submitted,

/s/ Luke Mathers
Luke Mathers
**SANDLER TRAVIS & ROSENBERG, P.A.**
286 Madison Avenue, Suite 1200
New York, NY 10017
Tel: (212) 549-0160
Email: lmathers@strtrade.com
*Counsel for Consolidated Plaintiffs Boise Cascade Building Materials Distribution*

*LLC, and Cabinetworks Group, Inc. f/k/a ACProducts, Inc., ACPI Wood Products, LLC, Cabinetworks Group Middlefield, LLC, and Cabinetworks Group Michigan, LLC*

/s/ Gregory S. McCue
Thomas J. Trendl
Gregory S. McCue
**STEPTOE LLP**
1330 Connecticut Ave. NW
Washington, DC 20036
Tel: (202) 429-6421
Fax: (202) 261-7513
Email: gmccue@steptoe.com
*Counsel for Consolidated Plaintiff Tumac Lumber Co., Inc.*

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang
**THE INTER-GLOBAL TRADE LAW GROUP, PLLC**
1156 15th Street, NW., Suite 1101
Washington, D.C. 20005
Tel: (202) 868-0300
Email: gmenegaz@igtlaw.com
*Counsel for Consolidated Plaintiffs American Pacific Plywood, Inc., American Woodmark Corp., Del Valle Kahmann & Co., Ike Trading Co. Ltd., Pittsburgh Forest Products, Panoply Wood Products USA Inc., Eagle Industries Co. Ltd., Golden Bridge Industries Pte., Ltd., Lechenwood Viet Nam Co. Ltd., Arrow Forest International Co., Ltd., Her Hui Wood (Vietnam) Co., Ltd., Vietnam ZhongJia Co. Ltd., Long LUU Plywood Production Co., Ltd., TEKCOM Corp, and USPLY LLC*

/s/ Daniel Porter
Daniel Porter
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street NW
Washington, D.C. 20036
Tel: (202) 663-8140

Fax: (202) 378-2319
Email: daniel.porter@pillsburylaw.com
*Counsel for Plaintiff Shelter Forest International Acquisition, Inc.*

/s/ Stephen Brophy
Stephen W. Brophy
Jeffrey S. Neeley
**HUSCH BLACKWELL, LLP**
1801 Pennsylvania, Ave. N.W.
Suite 1000
Washington, D.C. 20006
Tel: (202) 378-2357
Fax: (202) 378-2319
Email: jeffrey.neeley@huschblackwell.com
*Counsel for Consolidated Plaintiff Greatriver Wood Co., Ltd.*

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Jill A. Cramer
Bryan P. Cenko
**MOWRY & GRIMSON, PLLC**
5335 Wisconsin Avenue, NW, Suite 810
Washington, D.C. 20015
Tel: 202-688-3610
Fax: (202) 595-8968
Email: jsg@mowrygrimson.com
*Counsel for Consolidated Plaintiffs Concannon Lumber Company, Northwest Hardwoods, Inc., Richmond International Forest Products LLC, Taraca Pacific Inc., UFP International, LLC, Medallion Forest Products, Hardwoods Specialty Products USLP, Paxton Hardwoods LLC and Rugby Holdings LLC dba Rugby Architectural Building Products*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

TARA K. HOGAN
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7568
Fax: (202) 514-8624
Email: sosun.bae@usdoj.gov
*Counsel for Defendant United States*

/s/ Timothy C. Brightbill
Timothy C. Brightbill
Stephanie M. Bell
Tessa V. Capeloto
Maureen E. Thorson
John Allen Riggins
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
Email: tbrightbill@wiley.law
*Counsel for Defendant-Intervenor Coalition for Fair Trade in Hardwood Plywood*

Date: October 13, 2026